IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MONICA W. SCHNEIDER, <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, <br> ACTING COMMISSIONER OF <br> SOCIAL SECURITY, <br><br> Defendant. | ) CIVIL ACTION NO. 3:23-cv-01875 <br> ) <br> ) JUDGE CARR <br> ) <br> ) MAGISTRATE JUDGE PARKER |

## **ORDER**

This cause coming before the Court on the stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby ordered that:

This matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). On remand, the claim will be sent to an administrative law judge for further consideration of Plaintiff's claim, further development of the administrative record, as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act, including offering Plaintiff a new hearing and issuance of a new decision.

Date: 2/21/2024　　　　　　　　　Entered: s/James G. Carr
　　　　　　　　　　　　　　　　　　　　　Sr. U.S. District Judge